# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S.I.C. CONSULTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM A. MURRAY and LINDA J. MURRAY d/b/a EVERGREEN SECURITY, INC., <br><br> Defendants. | CASE NO. <br> 2:18-cv-00912-RSM <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I. STIPULATION

Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate and agree to entry of the attached Order of Dismissal.

_____  _____
Russel J. Hermes, WSBA #19276   Shane P. Cramer, WSBA #35099
Hermes Law Firm, PSC            Harrigan Leyh Farmer & Thomsen LLP
Attorney for Defendants         Attorney for Plaintiff


Date:_____  Date:_____

STIPULATION AND ORDER OF DISMISSAL - 1

HERMES LAW FIRM, PSC.
1812 Hewitt Avenue Suite 102
Everett, Washington 98201
Telephone: 425.339.0990
Facsimile: 425.339.0960

## II. ORDER OF DISMISSAL

Pursuant to the foregoing Stipulation, and the Court being otherwise fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED as follows:

All claims or counterclaims advanced by either party against any other party in this action are hereby dismissed, with prejudice and without costs to any party.

DATED December 10, 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

_____
Russel J. Hermes, WSBA #19276
Hermes Law Firm, PSC
Attorney for Defendants

Approved for Entry;
Notice of Presentation Waived By:

_____
Shane P. Cramer, WSBA #$35099
Harrigan Leyh Farmer & Thomsen LLP
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

HERMES LAW FIRM, PSC.
1812 Hewitt Avenue Suite 102
Everett, Washington 98201
Telephone: 425.339.0990
Facsimile: 425.339.0960